UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 11  P 12: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA   :   CRIMINAL NO. 3:01cr179(SRU)

V.                          :

WALLACE BEST                :   FEBRUARY 9, 2005

## MOTION FOR RETURN OF PROPERTY

The undersigned respectfully moves the property of Wallace Best be returned. To wit: mortgage deed of property located at 15 Division St. Bridgeport, CT and mortgage deed of property located at 58 Herald Ave. Bridgeport, CT.

Respectfully Submitted,

THE DEFENDANT, WALLACE BEST

BY: _____
FREDERICK D. PAOLETTI, ESQ.
Paoletti & Gusmano
Fed. Bar No.: CT 09223
3301 Main Street
(203) 371-1000 Fax (203) 373-9888
Bridgeport, CT 06604

This is to certify that a copy of the foregoing was mailed, postage prepaid on this date to all counsel and pro se parties of record as follows:

Robert M. Spector, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Anthony E. Kaplan, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

U.S. Probation Officer
Joseph P. Montesi
157 Church Street
22nd Floor
New Haven, CT

_____
Frederick D. Paoletti Jr.