UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED

2005 MAR -2  P 12:06

GLORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYS CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

February 25, 2005

Frederick D. Paoletti, Jr.
Paoletti & Gusmano
3301 Main St.
Bridgeport, CT 06606

Re:   3:01cr179(SRU) USA v. Wallace Best

Dear Counselor:

Per Court Order, we are returning Mr. Wallace Best's Mortgage Deeds in the above referenced case.

Please acknowledge by signing the enclosed copy of this letter and return in the postage-paid envelope.

KEVIN F. ROWE, CLERK

By _____
Deputy Clerk

Enclosure